FILED

05/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0101

IN THE MATTER OF:

S.K.,

A Youth in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant Father's motion for extension of time, and good cause appearing, Appellant is granted an extension of time until June 8, 2021 to prepare, serve and file her opening brief. No additional extensions will be granted for the opening brief.

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 17 2021